AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | |
|---|---|
| CLEVERCOAT, LLC and CLEVERCOAT IP HOLDINGS, LLC | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | |
| v. | Civil Action No.  **8:26cv213** |
| ROCCO "ROCKY" GUIDO, TIMOTHY WEAK AND ROBERT SMITH, individuals, | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rocco "Rocky" Guido
18632 Emiline Street, Omaha
Sarpy County, Nebraska 68136.

Served via US Marshall

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    The Orr Law Group, PLLC.
9375 Burt Street, Suite 200
Omaha, NE 68114

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:    5/8/2026

*Signature of Clerk or Deputy*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | |
|---|---|
| CLEVERCOAT, LLC and CLEVERCOAT IP HOLDINGS, LLC | ) ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | |
| v. | Civil Action No.    **8:26cv213** |
| ROCCO "ROCKY" GUIDO, TIMOTHY WEAK AND ROBERT SMITH, individuals, | |
| *Defendant(s)* | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Robert Smith
12253 Ida Plaza, Omaha
Douglas County, Nebraska.

Served via US Marshall

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    The Orr Law Group, PLLC.
9375 Burt Street, Suite 200
Omaha, NE 68114

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:    5/8/2026

Signature of Clerk or Deputy

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | | |
|---|---|---|
| CLEVERCOAT, LLC and CLEVERCOAT IP HOLDINGS, LLC | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. **8:26cv213** |
| v. | ) ) | |
| ROCCO "ROCKY" GUIDO, TIMOTHY WEAK AND ROBERT SMITH, individuals, | ) ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Timothy Weak
16860 Browne Street, Omaha,
Douglas County, Nebraska 68116.

Served via US Marshall

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   The Orr Law Group, PLLC.
9375 Burt Street, Suite 200
Omaha, NE 68114

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   5/8/2026



_____
*Signature of Clerk or Deputy*